Florida Fourth District Court of Appeal Docket

Case Docket

Case Number: 4D21-1792

Criminal Habeas Corpus Petition from Palm Beach County

DAMETRI DALE vs. RIC BRADSHAW, Sheriff of Palm Beach County

Lower Tribunal Case(s):502020CF001639

8/11/2021 6:06:11 PM

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 06/01/2021 | Petition Habeas Corpus | Dametri Dale | |
| 06/03/2021 | Habeas Corpus / Acknowledgment letter | | |
| 06/04/2021 | Motion for Extension of Time | Dametri Dale | |
| 06/11/2021 | Order Denying Petition for Writ - Habeas | | ORDERED that the June 1, 2021 petition for writ of habeas corpus is denied. Further. ORDERED that petitioner's June 4, 2021 motion for extension of time is denied as moot. MAY, CIKLIN and GERBER, JJ., concur. |
| 06/11/2021 | Denied - Order by Judge | | |
| 06/21/2021 | Notice of Discretionary Jurisdiction to Supreme Court | Dametri Dale | |
| 06/21/2021 | Notice sent to the Supreme Court | | |
| 06/21/2021 | Motion For Rehearing | Dametri Dale | /RECONSIDERATION |
| 06/24/2021 | Ack. Receipt from Supreme Court | | SC21-946 |
| 06/24/2021 | Misc. Supreme Court Order | | SC21-946 |
| 07/14/2021 | Ack. Receipt from Supreme Court | | SC21-1035 |
| 07/14/2021 | Misc. Supreme Court Order | | SC21-1035 CASE STAYED PENDING MOTION FOR REHEARING IN 4DCA |

| 07/14/2021 | Motion To Withdraw Pleadings | Dametri Dale | "NOTICE OF WITHDRAWING MOTION FOR REHEAREING" |
| 07/19/2021 | ORD-Denying Rehearing | | ORDERED that appellant's June 21, 2021 motion for rehearing is denied. Further, ORDERED that appellant's July 14, 2021 motion to withdraw motion for rehearing is denied as moot. |
| 07/22/2021 | Supreme Court Disposition | | SC21-946 |
| 07/22/2021 | Supreme Court Disposition | | SC21-1035 |
| 07/29/2021 | Supreme Court Disposition | | SC21-1105 |